IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | COMPLAINT   5:12CV-130-R |
| DURHAM RESTORATIONS INC., D/B/A SERVPRO OF PADUCAH | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | JURY TRIAL DEMAND |

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "EEOC" or the "Commission") brings this action pursuant to Title I of the Americans with Disabilities Act of 1990, as amended and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of disability and to make whole Jane Doe ("Doe"), who was adversely affected by such practices.  The Defendant, Durham Restorations Inc., d/b/a Servpro of Paducah ("Servpro") failed to hire full time and terminated Doe from her temporary position because the Defendant regarded her as being disabled.

## JURISDICTION

1.       Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981(a).

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Kentucky.

## PARTIES

3. The Commission is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times Servpro has been a corporation continuously doing business in the Commonwealth of Kentucky and the City of Paducah, and has continuously had at least 15 employees.

5. At all relevant times, Servpro has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Servpro has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty (30) days prior to the institution of this lawsuit, Doe filed a charge with the Commission alleging that Servpro violated Title I of the ADA. All conditions precedent to the institution of this lawsuit have been fulfilled.

8. Since at least February 5, 2010, Servpro has engaged in unlawful employment practices in violation of Section 102(a) of the ADA, 42 U.S.C. § 12112(a), at its Paducah, Kentucky facility. Doe has an impairment, drug addiction, for which she was undergoing

methadone treatment. Servpro failed to hire Doe as a full time worker and terminated her temporary position because of her drug addiction and/or because she was taking methadone to treat her addiction. At the time of Doe's termination and during her employment with Servpro, Doe was not engaging in the illegal use of drugs. Doe was qualified for the job at issue, cleaner/restorer, because she had performed the essential functions of the position for months immediately preceding Defendant's decision(s) to discharge her from temporary employment and deny her permanent employment.

9. The effect of the practices complained of above has been to deprive Doe of equal employment opportunities and otherwise to affect adversely her status as an employee because of her disability.

10. The unlawful employment practices complained of in paragraphs 8 and 9 above were intentional.

12. The unlawful employment practices complained of in paragraphs 8 and 9 above were done with malice or with reckless indifference to Doe's federally protected rights.

## PRAYER FOR RELIEF

Wherefore the Commission respectfully requests that this Court:

A. GRANT a permanent injunction enjoining Servpro, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice that discriminates on the basis of disability;

B. ORDER Servpro to institute and carry out policies, practices, and programs that provide equal employment opportunities for qualified individuals with disabilities, and that eradicate the effects of its past and present unlawful employment practices;

      C.      ORDER Servpro to make Doe whole by providing her with appropriate back pay with prejudgment interest, in amounts to be proven at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices;

      D.      ORDER Servpro to make whole Doe by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of in paragraphs 8 and 9 above;

      E.      ORDER Servpro to make Doe whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of in paragraphs 8 and 9 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial;

      F.      ORDER Servpro to pay Doe punitive damages for its malicious and reckless conduct as described in paragraphs 8 above, in amounts to be determined at trial;

      G.      GRANT such further relief as the court deems necessary and proper in the public interest; and

      H.      AWARD the Commission its costs of this action.

## **JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of fact raised in its Complaint.

Respectfully submitted,

\_\_s/ Laurie A. Young\_\_\_\_
LAURIE A. YOUNG
Regional Attorney

s/ Michelle Eisele\_\_\_\_\_
MICHELLE EISELE
Supervisory Trial Attorney

4

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203

s/ Kenneth W. Brown
KENNETH W. BROWN
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Louisville Area Office
600 Martin Luther King, Jr.
Place Suite 268
Louisville, Kentucky 40202-2285
(502) 582.5440 (Direct Dial)
(502) 582.5435 (Facsimile)
E-mail: Kenneth.Brown@eeoc.gov