## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## PADUCAH DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | )<br>)<br>) |
| Plaintiff, | )   **CIVIL ACTION NO.**<br>)   **5:12-CV-130 -R** |
| v. | )<br>) |
| **DURHAM RESTORATIONS INC., D/B/A SERVPRO OF PADUCAH** | )<br>) |
| Defendant. | )<br>) |

### ORDER

Plaintiff, the Equal Employment Opportunity Commission, and Defendant, Durham Restorations Inc., d/b/a Servpro of Paducah, pursuant to Fed.R.Civ.P. 41 (a), having jointly stipulated to the dismissal with prejudice of this action, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that this matter, Civil Action No. 5:12-CV-130-R, is dismissed with prejudice with each party to pay their own costs and fees.

_____
JUDGE, FEDERAL DISTRICT COURT

Dated:_____